UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. | CV 24-8490-CBM(Ex) |
| Date | DECEMBER 3, 2024 |
| Title | Vincent Cheung v. Lear Capital Holdings, Inc. |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:    In Court    X    In Chambers    X    Counsel Notified

The case is ordered closed pursuant to the Notice of dismissal filed on December 2, 2024 [10]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90    CIVIL MINUTES - GENERAL    Initials of Deputy Clerk YS